cause was the one for which defendant would be liable. We do not agree, however, that the facts as they might have been found by the jury, disclosed any uncertainty as to the cause of the accident. Plaintiffs' car was proceeding along the right side of the road; defendant's car overtook it and passed on the left, its rear right wheel striking the left front wheel of plaintiffs' car, which suddenly turned to the right, crossed the curb and upset. Passengers in plaintiffs' car felt a slight grinding noise and a sudden impact as defendant's car was turning to the right partly in front of their car, just before their driver lost control. That defendant's witnesses testified there was no collision, that his car showed no marks, that disinterested witnesses did not notice the impact, cannot alter the fact that there was evidence to sustain the jury's finding.

The objections to the charge and the court's refusal of a new trial, are without merit. The jury was told that in determining the weight of the testimony it should consider the interests of the parties. The majority of the material evidence having been given by numerous interested parties on both sides, we see no necessity for a more minute discussion by the court.

The judgment is affirmed.

----

## House *v.* Cox, Appellant (No. 2).

OPINION BY WILLIAMS, J., December 12, 1918:

For the reason given in House v. Cox, 70 Pa. Superior Ct. 531, the judgment is affirmed.